UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                            Case Number: 13-30470 GMB

Debtor: James R. & Cynthia A. Baselice, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1857976 | U.S. Bank Home Mortgage | 4691.80 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014